# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL CODE COUNCIL, INC.,<br><br>                            Petitioner,<br><br>   v.<br><br>SKIDMORE, OWINGS & MERRILL, LLP,<br><br>                            Respondent. | Misc. Action No.<br><br>Underlying Action Pending in the United States District Court for the Southern District of New York: INTERNATIONAL CODE COUNCIL, INC. v. UPCODES, INC., GARRETT REYNOLDS, and SCOTT REYNOLDS, Civ. Action No. 1:17-cv-6261 (DH)(VF) |

## NOTICE OF MOTION TO ENFORCE A RULE 45 SUBPOENA

PLEASE TAKE NOTICE that upon the Declaration of Jane W. Wise, and the exhibits annexed thereto, and the accompanying memorandum of law, International Code Council, Inc., by its undersigned counsel, moves this Court for an order to enforce Respondent Skidmore, Owings & Merrill LLP to comply with the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action.

Dated: September 6, 2024

                                                                                   Respectfully submitted,

                                                                                    By: */s/ J. Kevin Fee*
                                                                                    **DLA PIPER LLP (US)**
                                                                                     J. Kevin Fee
                                                                                     Jane W. Wise
                                                                                     500 Eighth Street, N.W.
                                                                                     Washington, DC 20004
                                                                                     Phone: (202) 799-4149
                                                                                     kevin.fee@us.dlapiper.com
                                                                                      jane.wise@us.dlapiper.com

                                                                                      Gabrielle C. Velkes
                                                                                      1251 Avenue of the Americas
                                                                                      New York, NY 10020
                                                                                      Phone: (212) 335-4812
                                                                                      gabrielle.velkes@us.dlapiper.com